UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD E. COGGINS, Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 4:21-cv-03574 |
| Plaintiff, | § § | |
| vs. | § § | |
| CAMBER ENERGY, INC., et al., | § § | |
| Defendants. | § § § § | |

DECLARATION OF JOE KENDALL IN SUPPORT OF MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF COUNSEL

4872-5944-1672.v1

I, Joe Kendall, declare, under penalty of perjury:

1.      I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas and this Court and am local counsel for proposed lead plaintiff Dr. Roderick A. Yamat.  I submit this declaration in support of Dr. Yamat's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.

1.      Attached hereto as Exhibit A is a true and accurate copy of the notice published in *Globe Newswire* on October 29, 2021.

2.      Attached hereto as Exhibit B is a true and accurate copy of Dr. Yamat's Certification.

3.      Attached hereto as Exhibit C is a true and accurate copy of Dr. Yamat's loss estimate, prepared by counsel.

4.      Attached hereto as Exhibit D is a true and accurate copy of Dr. Yamat's Declaration.

DATED:  December 28, 2021

*s/ Joe Kendall*
JOE KENDALL

- 1 -

4872-5944-1672.v1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on all counsel of record who have appeared in this matter via the Court's CM/ECF system on this, the 28th day of December, 2021.

*s/ Joe Kendall*
JOE KENDALL

4872-5944-1672.v1

# Mailing Information for a Case 4:21-cv-03574 Coggins v. Camber Energy, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Camber Energy, Inc.**
  timjhenderson@msn.com

- **Stuart Lee Cochran**
  stuart@swclaw.com,lisa@swclaw.com

- **Daniel David**
  danny.david@bakerbotts.com,kendall.black@bakerbotts.com,laura.natelson@bakerbotts.com,danny-david-8266@ecf.pacerpro.com

- **Sammy Ford , IV**
  sford@azalaw.com,service@azalaw.com,nparker@azalaw.com,tzamora@azalaw.com

- **Amy Pharr Hefley**
  amy.hefley@bakerbotts.com,amy-hefley-7007@ecf.pacerpro.com,leigh-ann-bunker-8737@ecf.pacerpro.com,leigh.ann.bunker@bakerbotts.com

- **Joseph Alexander Hood , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Anthony Joseph Lucisano**
  anthony.lucisano@bakerbotts.com

- **Emily Arleen Rohles**
  emily.rohles@bakerbotts.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)