# EXHIBIT C

Case 4:21-cv-03574    Document 21-3    Filed 12/28/21 in TXSD    Page 2 of 2

Class Period: 02/18/2021 - 10/04/2021

Camber Energy

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Dr. Roderick A. Yamat | 09/24/2021 | 10,000 | $2.06 | $20,600.00 | 09/28/2021 | 10,000 | $2.96 | $29,600.00 | |
| | 09/27/2021 | 10,000 | $2.54 | $25,394.00 | 12/01/2021 | 3,000 | $1.34 | $4,018.20 | |
| | 09/29/2021 | 10,000 | $3.80 | $38,000.00 | 12/01/2021 | 25,000 | $1.34 | $33,485.00 | |
| | 09/29/2021 | 30 | $3.88 | $116.40 | 12/07/2021 | 22,000 | $1.32 | $28,978.40 | |
| | 09/29/2021 | 9,970 | $3.93 | $39,182.10 | | | | | |
| | 09/30/2021 | 7,400 | $3.98 | $29,452.00 | | | | | |
| | 09/30/2021 | 2,600 | $3.98 | $10,335.00 | | | | | |
| | 09/30/2021 | 5,000 | $3.98 | $19,899.50 | | | | | |
| | 09/30/2021 | 5,000 | $3.74 | $18,699.50 | | | | | |
| **Movant's Total** | | **60,000** | | **$201,678.50** | | **60,000** | | **$96,081.60** | **($105,596.90)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.