**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| RONALD E. COGGINS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMBER ENERGY, INC., JAMES A. DORIS, and FRANK W. BARKER, JR., <br><br> Defendants. | Case No.: 4:21-cv-03574-CE <br><br> Hon. Charles Eskridge |

**DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF TARIQ KHAN'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Willie C. Briscoe hereby declare as follows:

1.      I am a partner at The Briscoe Law Firm, PLLC ("BLF"), liaison counsel for lead plaintiff movant Tariq Khan ("Movant") and proposed liaison counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky ("Levi & Korsinsky") as lead counsel and BLF as liaison counsel for the class. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A**:    Certification of Movant attaching transactions made in Camber Energy, Inc. ("Camber" or the "Company") during the Class Period;

**Exhibit B**:    Table of the calculated losses incurred by Movant as a result of transactions in Camber securities;

**Exhibit C**:    Press release published October 29, 2021 on *Globe Newswire*, announcing the pendency of this Action;

2

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm résumés of Levi & Korsinsky and BLF.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 28, 2021                    By: */s/ Willie C. Briscoe*
                                            Willie C. Briscoe

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 28, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Willie C. Briscoe
Willie C. Briscoe

3