# EXHIBIT B

| Client Name | Tariq Khan |
|---|---|
| Company Name | Camber Energy, Inc. |
| Ticker Symbol | CEI |
| Security Type | |
| Class Period Start | 02-18-2021 |
| Class Period End | 10-04-2021 |
| 90-DAY Lookback Period Start | 10-05-2021 |
| 90-DAY Lookback Period End | 12-28-2021 |
| 90-DAY Lookback Average | $ 01.24 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $101,716.85 |
| *DURA LIFO* Total* | $101,716.85 |
| Gross Shares Purchased | 68,000 |
| Net Shares Retained | 68,000 |
| Net Funds Expended | $200,600.00 |

**Tariq Khan**

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-01-2021 | 7853 | 2.95 | $ 23,166.35 | 10-08-2021 | | 7853 | $ 01.49 | | $ 11,700.97 | 7853 | - | $ 01.24 | | $ 11,465.38 | $ 11,465.38 |
| 10-01-2021 | 7970 | 2.95 | $ 23,511.50 | 10-11-2021 | | 7970 | $ 01.56 | | $ 12,433.20 | 7970 | - | $ 01.24 | | $ 11,078.30 | $ 11,078.30 |
| 10-01-2021 | 3293 | 2.95 | $ 9,714.35 | 10-12-2021 | | 3293 | $ 01.51 | | $ 4,972.43 | 3293 | - | $ 01.24 | | $ 4,741.92 | $ 4,741.92 |
| 10-01-2021 | 2377 | 2.95 | $ 7,012.15 | 10-12-2021 | | 2377 | $ 01.50 | | $ 3,565.50 | 2377 | - | $ 01.24 | | $ 3,446.65 | $ 3,446.65 |
| 10-01-2021 | 3616 | 2.95 | $ 10,667.20 | 10-12-2021 | | 3616 | $ 01.50 | | $ 5,424.00 | 3616 | - | $ 01.24 | | $ 5,243.20 | $ 5,243.20 |
| 10-01-2021 | 2041 | 2.95 | $ 6,020.95 | 10-12-2021 | | 2041 | $ 01.50 | | $ 3,061.50 | 2041 | - | $ 01.24 | | $ 2,959.45 | $ 2,959.45 |
| 10-01-2021 | 1276 | 2.95 | $ 3,764.20 | 10-14-2021 | | 1276 | $ 01.46 | | $ 1,862.96 | 1276 | - | $ 01.24 | | $ 1,901.24 | $ 1,901.24 |
| 10-01-2021 | 1950 | 2.95 | $ 5,752.50 | 10-15-2021 | | 1950 | $ 01.45 | | $ 2,827.50 | 1950 | - | $ 01.24 | | $ 2,925.00 | $ 2,925.00 |
| 10-01-2021 | 402 | 2.95 | $ 1,185.90 | 10-18-2021 | | 402 | $ 01.44 | | $ 578.88 | 402 | - | $ 01.24 | | $ 607.02 | $ 607.02 |
| 10-01-2021 | 272 | 2.95 | $ 802.40 | 10-18-2021 | | 272 | $ 01.44 | | $ 391.68 | 272 | - | $ 01.24 | | $ 410.72 | $ 410.72 |
| 10-01-2021 | 1720 | 2.95 | $ 5,074.00 | 10-18-2021 | | 1720 | $ 01.44 | | $ 2,476.80 | 1720 | - | $ 01.24 | | $ 2,597.20 | $ 2,597.20 |
| 10-01-2021 | 6259 | 2.95 | $ 18,464.05 | 10-22-2021 | | 6259 | $ 01.50 | | $ 9,388.50 | 6259 | - | $ 01.24 | | $ 9,075.55 | $ 9,075.55 |
| 10-01-2021 | 4883 | 2.95 | $ 14,404.85 | 11-12-2021 | | 4883 | $ 01.37 | | $ 6,689.71 | 4883 | - | $ 01.24 | | $ 7,715.14 | $ 7,715.14 |
| 10-01-2021 | 19086 | 2.95 | $ 56,303.70 | 11-22-2021 | | 19086 | $ 01.43 | | $ 27,292.98 | 19086 | - | $ 01.24 | | $ 29,010.72 | $ 29,010.72 |
| 10-01-2021 | 5002 | 2.95 | $ 14,755.90 | | | 5002 | | | - | 5002 | 5002 | $ 01.24 | $ 6,216.54 | $ 8,539.36 | $ 8,539.36 |
| **Total:** | **68,000** | | **$200,600.00** | | | **62,998** | | | **$92,666.61** | **68,000** | **5,002** | | **$6,216.54** | **$101,716.85** | **$101,716.85** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.