UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD E. COGGINS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CAMBER ENERGY, INC., JAMES A. DORIS, and FRANK W. BARKER, JR., <br><br> Defendants. | Civil Action No. 4:21-cv-03574 |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
ROBERT LAURENT AND AJMAL HUSSAIN FOR APPOINTMENT AS
CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Robert Laurent and Ajmal Hussain ("Laurent and Hussain"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Laurent and Hussain's motion for appointment as Co-Lead Plaintiffs and approval of their selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published over *Globe Newswire* on October 29, 2021, announcing the pendency of the Action;

Exhibit B:    Shareholder Certifications executed by Laurent and Hussain;

Exhibit C:    Chart reflecting the financial interest of Laurent and Hussain in the Action;

Exhibit D:    Joint Declaration executed by Laurent and Hussain; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 28, 2021.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1

## CERTIFICATE OF SERVICE

This is to certify that on December 28, 2021, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman