# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Robert Laurent, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Camber Energy, Inc. ("Camber Energy" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf.

3.      I did not purchase or acquire Camber Energy securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Camber Energy securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Camber Energy securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day of 12/28/2021 .

DocuSigned by:

Robert Laurent

882A8ED495254EE...

Robert Laurent

**Camber Energy, Inc.  (CEI)**                                                    **Laurent, Robert**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 9/30/2021 | 52,562 | $4.0200 |
| Purchase | 9/30/2021 | 28,365 | $4.0100 |
| Purchase | 9/30/2021 | 1,000 | $4.0098 |
| Purchase | 9/30/2021 | 3,098 | $4.0050 |

**CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

1.      I, Ajmal Hussain, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Camber Energy, Inc. ("Camber Energy" or the "Company") and authorize the filing of a lead plaintiff motion on my behalf.

3.      I did not purchase or acquire Camber Energy securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Camber Energy securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Camber Energy securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this day of _12/28/2021_.

DocuSigned by:

*Ajmal Hussain*

BG19A99B6BE04A3...

Ajmal Hussain

**Camber Energy, Inc.  (CEI)**                                                        **Hussain, Ajmal**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 10/1/2021 | 10,000 | $3.1100 |
| Purchase | 10/1/2021 | 10,000 | $3.1300 |
| Purchase | 10/1/2021 | 10,000 | $3.2300 |
| Purchase | 10/1/2021 | 10,000 | $3.2600 |
| Purchase | 10/1/2021 | 185 | $3.2800 |
| Purchase | 10/4/2021 | 20,000 | $3.2500 |
| Purchase | 10/4/2021 | 20,000 | $3.2900 |
| Purchase | 10/4/2021 | 20,000 | $3.2000 |
| Purchase | 10/4/2021 | 20,000 | $3.2000 |
| Purchase | 10/4/2021 | 20,000 | $3.1800 |
| Purchase | 10/4/2021 | 20,000 | $3.1500 |
| Purchase | 10/4/2021 | 10,000 | $3.1100 |
| Purchase | 10/4/2021 | 1,400 | $3.0600 |
| Sale | 10/1/2021 | (40,000) | $3.2200 |