# EXHIBIT C

**Camber Energy, Inc. (CEI)**
**Class Period: February 18, 2021 and October 4, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Laurent, Robert | 9/30/2021 | 52,562 | $4.0200 | ($211,299) | 12/1/2021* | (83,814) | $1.3398 | $112,290 | | | |
| Laurent, Robert | 9/30/2021 | 28,365 | $4.0100 | ($113,744) | 12/1/2021* | (1,211) | $1.3398 | $1,622 | | | |
| Laurent, Robert | 9/30/2021 | 1,000 | $4.0098 | ($4,010) | | | | | | | |
| Laurent, Robert | 9/30/2021 | 3,098 | $4.0050 | ($12,407) | | | | | | | |
| **Laurent, Robert** | | **85,025** | | **($341,460)** | | **(85,025)** | | **$113,913** | **85,025** | **0** | **($227,547)** |
| | | | | | | | | | | | |
| Hussain, Ajmal | | | | | | | | | | | |
| Account 1 | 10/1/2021 | 10,000 | $3.1100 | ($31,100) | 10/1/2021 | (40,000) | $3.2200 | $128,800 | | | |
| Account 1 | 10/1/2021 | 10,000 | $3.1300 | ($31,300) | 10/5/2021* | (131,400) | $1.5300 | $201,042 | | | |
| Account 1 | 10/1/2021 | 10,000 | $3.2300 | ($32,300) | | | | | | | |
| Account 1 | 10/1/2021 | 10,000 | $3.2600 | ($32,600) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.2500 | ($65,000) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.2900 | ($65,800) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.2000 | ($64,000) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.2000 | ($64,000) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.1800 | ($63,600) | | | | | | | |
| Account 1 | 10/4/2021 | 20,000 | $3.1500 | ($63,000) | | | | | | | |
| Account 1 | 10/4/2021 | 10,000 | $3.1100 | ($31,100) | | | | | | | |
| Account 1 | 10/4/2021 | 1,400 | $3.0600 | ($4,284) | | | | | | | |
| Account 1 | | **171,400** | | **($548,084)** | | **(171,400)** | | **$329,842** | **131,400** | **0** | **($218,242)** |
| | | | | | | | | | | | |
| **Account 2** | **10/1/2021** | **185** | **$3.2800** | **($607)** | **10/6/2021*** | **(185)** | **$1.2200** | **$226** | **185** | **0** | **($381)** |
| | | | | | | | | | | | |
| **Hussain, Ajmal** | | **171,585** | | **($548,691)** | | **(171,585)** | | **$330,068** | **131,585** | **0** | **($218,623)** |
| | | | | | | | | | | | |
| Summary | | | | | | | | | | | |
| Laurent, Robert | | 85,025 | | ($341,460) | | (85,025) | | $113,913 | 85,025 | 0 | ($227,547) |
| Hussain, Ajmal | | 171,585 | | ($548,691) | | (171,585) | | $330,068 | 131,585 | 0 | ($218,623) |
| **Total** | | **256,610** | | **($890,151)** | | **(256,610)** | | **$443,980** | **216,610** | **0** | **($446,171)** |

*Post-class sales are valued at the higher of i) actual sale price or ii) average closing prices from October 5 to date of sale