# Exhibit A

**JOINT DECLARATION IN SUPPORT OF CO-LEAD PLAINTIFF APPOINTMENT**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       We, Robert Laurent, Ajmal Hussain, and George C. Smith, Jr. respectfully submit this Joint Declaration in support of our appointment as Co-Lead Plaintiffs and approval of our selection of Pomerantz LLP ("Pomerantz") and The Rosen Law Firm, P.A. ("Rosen") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Camber Energy, Inc. ("CEI" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are informed of and understand the requirements and duties imposed by the PSLRA.  We each have personal knowledge about the information in this Joint Declaration.

2.       I, Robert Laurent, am 61 years old and live in Chesterfield, Virginia. I attended Tidewater Community College and am a retired from law enforcement. I am currently employed as an administrator with Virginia Hospital Center. I have been investing in the securities markets for 15 years.  As reflected in my Certification, I purchased CEI securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.       I, Ajmal Hussain, am 47 years old and live in Laurel, Maryland.  I have a Master's Degree in public health and a Master's in Business Administration, both from Emory University. I currently work for the Food and Drug Administration. I have been investing in the securities markets for 13 years.  As reflected in my Certification, I purchased CEI securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

4.       I, George C. Smith, am 60 years old and live in Mooresville, North Carolina.  I am a business executive and have been investing in the securities markets for approximately 35 years.

1

As reflected in my Certification, I purchased CEI securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

5.  We have discussed this case with our counsel jointly and individually. Accordingly, each of us is aware of the current status of this litigation.  As the Court is aware, we have submitted a Stipulation pursuant to which, subject to the Court's approval, we three would serve as Co-Lead Plaintiffs in this litigation.  We believe that our collective resources and our ability to engage in joint decision-making will materially benefit and advance the interests of the Class in this case.

6.  We understand that the PSLRA permits and that courts throughout the country, including courts in this District, have endorsed the appointment of small groups of investors to serve as Lead Plaintiff when the group can establish that its members can oversee the litigation and their proposed Lead Counsel in an independent manner.  We intend to prosecute this litigation in such an independent and vigorous manner.

7.  We do not anticipate that any disagreements between us will arise and agree to make all efforts, in good faith, to reach consensus with respect to litigation decisions, and to that end will consult with each other and our counsel as we deem necessary to fulfill our fiduciary obligations to the Class.  In the unlikely event that we are unable to reach consensus with respect to a litigation decision, we agree to put the matter to a simple majority vote, in which each of us possesses one vote.  We recognize that even in the event of a disagreement, the ultimate decision will necessarily be informed by consulting one another and our counsel.

8.  We attest to, among other things, our shared belief in the merits of this action; our shared desire to achieve the best possible result for the Class; our shared interest in prosecuting the case in a collaborative and likeminded manner; our understanding of the fiduciary obligations of Lead Plaintiffs; and our preparedness to supervise counsel and undertake all actions necessary

2

to ensure that the Class's claims will be zealously and efficiently litigated.  We hereby affirm that the foregoing statements, as well as all other statements set forth in this Joint Declaration, are true and correct statements of our views and intentions with respect to this litigation, and that we seek appointment as Co-Lead Plaintiffs in this action.

9.      Given our significant financial interest in the claims against the defendants, we are strongly motivated to recover the significant losses that we and the Class suffered as a result of defendants' violations of the federal securities laws.  Our principal goal in seeking to serve as Co-Lead Plaintiffs in this case is to achieve the best possible recovery for the Class from all culpable parties.  We are committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with our duties under the PSLRA.

10.     If appointed Co-Lead Plaintiffs, we will satisfy our fiduciary obligations to the Class by, among other steps, conferring with each other and with our counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, we will ensure that the CEI securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

11.     We understand that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As our respective Certifications state, we will not accept any payment for serving as a representative party beyond our *pro rata* share, except any reasonable costs and expenses, such as lost wages and travel expenses, directly related to the Class representation, as ordered or approved by the Court pursuant to the PSLRA.

12.     We also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  We have

3

DocuSign Envelope ID: AEB02A63-4BEE-4D6C-9500-C0A7231035DC

fulfilled this responsibility by selecting and retaining Co-Lead Counsel with a proven history of handling this type of complex litigation. In this case, we have selected Pomerantz and Rosen to serve as Co-Lead Counsel, with the Schall Law Firm serving as additional counsel. Based on their experience in achieving substantial recoveries in securities class actions, we believe that these firm are well-qualified to represent the Class.

13. Co-Lead Counsel has been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class. We will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day of ___2/16/2022___.

DocuSigned by:

Robert Laurent

882A8ED495254EE...

Robert Laurent

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day of _____2/16/2022_____.

DocuSigned by:

*Ajmal Hussain*

BC19A99B63E04A3...

Ajmal Hussain

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements relating to myself are true and correct to the best of my knowledge.

Executed on this day of ___2/16/2022___.

DocuSigned by:

*George C. Smith Jr.*
EC156FDD8B9C49E...

George C. Smith, Jr.

7