## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD E. COGGINS, Individually and On Behalf of All Others Similarly Situated, | § § § § | CIVIL ACTION NO. 4:21-cv-03574 |
| Plaintiff, | § § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| CAMBER ENERGY, INC., JAMES A. DORIS, and FRANK W. BARKER, JR., | § § § § | |
| Defendant. | § § | |

### ORDER

This Court, having considered Discover Growth Fund, LLC, Discover Fund Management LLLP, and John C. Kirkland's (collectively, "Discover Defendants") Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 69), Camber Energy, Inc. and James Doris's (collectively, "Camber Defendants") Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (ECF No. 70), Plaintiffs' Response in Opposition to Defendants' Motions to Dismiss (ECF No. 73), and the arguments of counsel, if any, is of the opinion that Discover Defendants' and Camber Defendants' Motions are not meritorious and that they should be and hereby are DENIED.

Therefore, all of Plaintiffs' claims in the above-captioned matter are hereby sustained.

1

SO ORDERED.

Signed on _____, at Houston, Texas.

_____

Hon. Charles Eskridge
United States District Judge

2