Case 4:21-cv-03574   Document 79   Filed on 10/25/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD E. COGGINS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMBER ENERGY, INC., JAMES A. DORIS, and FRANK W. BARKER, JR.,<br><br>Defendants. | Case No. 4:21-cv-03574<br><br>CLASS ACTION<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP(a)(1)(ii)** |

Plaintiffs George C. Smith, Jr., Robert Laurent, and Ajmal Hussain and Defendants Camber Energy, Inc., James Doris, Discover Growth Fund, LLC, Discover Fund Management LLLP, and John C. Kirkland hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, with each side to bear their own costs.

Respectfully submitted this 13th day of October 2023.

| **COCHRAN LAW** | **BAKER BOTTS L.L.P.** |
|---|---|
| _/s/ Stuart L. Cochran_<br>Stuart L. Cochran<br>Attorney-in-charge<br>Texas Bar No. 24027936<br>S.D. Tex. Bar No. 24027936<br>8140 Walnut Hill Ln, Suite 250<br>Dallas, Texas 75231<br>Telephone: (469) 333-3405<br>Email: stuart@scochranlaw.com<br><br>*Liaison Counsel for the Class* | _/s/ Danny David (by permission)_<br>Danny David<br>Attorney-in-Charge<br>Texas Bar No. 24028267<br>Amy Pharr Hefley<br>State Bar No. 24046046<br>Anthony J. Lucisano<br>Texas Bar No. 24102118<br>Federal I.D. No. 3369146<br>Emily A. Rohles<br>Texas Bar No. 24125940<br>Federal I.D. No. 3715273<br>Frank Mace<br>Texas Bar No. 24110609<br>Federal I.D. No. 3385915 |

1

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.**<br>Jonathan Horne<br>275 Madison Avenue, 40th Floor<br>New York, New York 10116<br>Phone: (212) 686-1060<br>Fax: (212) 202-3827<br>jhorne@rosenlegal.com<br><br>*Co-Lead Counsel for the Class*<br><br>**POMERANTZ LLP**<br><br>Joshua B. Silverman (admitted *pro hac vice*)<br>Christopher P.T. Tourek (admitted *pro hac vice*)<br>Ten South LaSalle Street, Suite 3505<br>Chicago, Illinois 60603<br>Tel: (312) 377-1181<br>Fax: (312) 229-8811<br>jbsilverman@pomlaw.com<br>ctourek@pomlaw.com<br><br>*Co-Lead Counsel for the Class*<br><br>**THE SCHALL LAW FIRM**<br><br>Brian Schall (admitted *pro hac vice*)<br>2049 Century Park East, Suite 2460<br>Los Angeles, California 90067<br>Telephone: (424) 303-1964<br>brian@schallfirm.com<br><br>*Additional Counsel for Plaintiffs* | 910 Louisiana Street<br>Houston, Texas 77002<br>(713) 229-4055<br>(713) 229-2855<br>danny.david@bakerbotts.com<br>amy.hefley@bakerbotts.com<br>anthony.lucisano@bakerbotts.com<br>emily.rohles@bakerbotts.com<br>frank.mace@bakerbotts.com<br><br>*Counsel for Defendants Camber Energy, Inc. and James Doris*<br><br>**EDMUNDSON SHELTON WEISS PLLC**<br><br> /s/ Jesse Z. Weiss (by permission) <br>Jesse Z. Weiss<br>Attorney-in-Charge<br>Texas Bar No. 24013728<br>Ryan Shelton<br>Texas Bar No. 24037484<br>J. Kevin Edmundson<br>Texas Bar No. 24044020<br>317 Grace Ln, Ste 210<br>Austin, TX 78746<br>(512) 596-3058<br>(512) 532-6637<br>jesse@eswpllc.com<br>ryan@eswpllc.com<br><br>*Counsel for Defendants Discover Growth Fund, LLC, Discover Fund Management, LLLP, and John C. Kirkland* |

SO ORDERED.

Signed on  October 25, 2023 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge